IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY DOESCHER, STEVE DOESCHER, DANIELLE JONES, KAMRON JONES, RENEE PATTERSON, and DR. SEAN PATTERSON, individually and on behalf of their minor children,<br><br>Plaintiffs,<br><br>v.<br><br>TOMÁS ARAGÓN, in his official capacity as Department of Public Health Director and as the State Public Health Officer; ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No. 2:23-cv-02995 KJM JDP<br><br>ORDER |

Having reviewed the parties' Joint Motion Setting Briefing Schedule on Defendants' Intended Motion to Dismiss Plaintiffs' Complaint, and good cause appearing, the Joint Motion is **GRANTED**.

IT IS HEREBY ORDERED that the following briefing schedule shall govern Defendants' intended motion to dismiss the Complaint:

- Defendants' deadline to file a motion to dismiss or other responsive pleading to the Complaint: March 15, 2024;

- Plaintiffs' deadline to file an opposition to the motion to dismiss: May 15, 2024;
- Defendants' deadline to file a reply in support of the motion to dismiss: June 7, 2024; and
- Proposed hearing date, if the Court finds that a hearing is necessary: July 12, 2024.[1]

IT IS SO ORDERED.

Dated: February 6, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties' identified date of June 14, 2024 is not a viable hearing date.