UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amy Doescher, et al., | No. 2:23-cv-02995-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| Tomás Aragón, et al., | |
| Defendants. | |

Defendants have filed a notice of related cases (ECF No. 15) stating the complaint in this action raises claims similar to those raised in an action currently pending before the United States District Court for the Southern District of California, *Royce v. Bonta*, No. 3:23-cv-02012-H-BLM (S.D. Cal. filed Oct. 31, 2023). The *Royce* action was filed in late October 2023. This action was filed a few months later, in late December 2023.

Defendants' notice cites this district's Local Rule 123. That rule concerns the relation of actions filed within this district, not the transfer or reassignment of cases from one district to the next. Defendants do not request in their notice that this court stay this action, transfer it, consolidate it, or grant any other similar relief. The court does not reach those questions and declines to issue any order of related cases based on Local Rule 123.

This order resolves ECF No. 14.

/////

1

1       IT IS SO ORDERED.

2    DATED: April 3, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE