IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY DOESCHER, STEVE DOESCHER, DANIELLE JONES, KAMRON JONES, RENEE PATTERSON, and DR. SEAN PATTERSON, individually and on behalf of their minor children,<br><br>Plaintiffs,<br><br>v.<br><br>TOMÁS ARAGÓN, in his official capacity as Department of Public Health Director and as the State Public Health Officer; ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | 2:23-cv-02995-KJM-JDP<br><br>ORDER |

The Court having reviewed the parties' Stipulation (ECF No. 18), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to amend to file their First Amended Complaint, a copy of which is attached to the Stipulation (ECF No. 18) as Exhibit "A."

**IT IS ALSO ORDERED** that the following briefing schedule shall apply:

- Defendants' motion to dismiss the First Amended Complaint shall be due on or before June 28, 2024.

1

- Plaintiffs' opposition to motion to dismiss shall be due on or before August 16, 2024.
- Defendants' reply brief shall be due on or before August 30, 2024.
- Defendants' motion to dismiss shall be heard on September 13, 2024.

6. All discovery is stayed until the Court issues a ruling on Defendants' motion to dismiss (or, alternatively, the parties will request that the Court reschedule the scheduling conference to a date at least 21 days after the hearing on Defendants' motion to dismiss).

7. The foregoing briefing schedule accounts for the expected absence of Defendants' counsel this summer.

**IT IS FURTHER ORDERED** that the First Amended Complaint is deemed filed as of the date this Order is transmitted via the CM/ECF system.

**IT IS FURTHER ORDERED** that all discovery is stayed until the Court issues a ruling on Defendants' motion to dismiss, if any.

The motion hearing set for July 12, 2024, is hereby vacated. The Status (Pretrial Scheduling) Conference set for July 12, 2024, is reset for September 13, 2024, at 10:00 AM in Courtroom 3, with the filing of a Joint Status Report due fourteen (14) days prior.

IT IS SO ORDERED.

DATED: May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE