IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMY DOESCHER, STEVE DOESCHER, DANIELLE JONES, KAMRON JONES, RENEE PATTERSON, and DR. SEAN PATTERSON, individually and on behalf of their minor children,**<br><br>Plaintiffs,<br><br>v.<br><br>**TOMÁS ARAGÓN, in his official capacity as Department of Public Health Director and as the State Public Health Officer,**<br><br>Defendant. | 2:23-cv-02995-KJM-JDP<br><br>**ORDER ON JOINT MOTION FOR ADMINISTRATIVE RELIEF TO SET BRIEFING SCHEDULE ON DEFENDANT'S INTENDED MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Judge:            Hon. Kimberly J. Mueller<br>Action Filed:   December 22, 2023 |

BY THE COURT:

The Court has read and considered the joint motion of the parties to set a briefing schedule on Defendant's intended motion to dismiss the Second Amended Complaint.

Good cause appearing, the Court hereby orders the following briefing and hearing schedule shall govern Defendant's intended motion to dismiss the Second Amended Complaint:

Defendant's deadline to file a motion to dismiss or other responsive pleading to the Second Amended Complaint is **January 27, 2025;**

1  Plaintiffs' deadline to file an opposition to the motion to dismiss is **February 24, 2025;**

2  Defendant's deadline to file a reply in support of the motion to dismiss is **March 10, 2025;**

3  Defendant's motion to dismiss is hereby set for hearing on **April 17, 2025, 10:00 a.m., in**

4  **Courtroom 3.**

Dated: 1/7/2025

_____
Kimberly J. Mueller
District Court Judge